IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH M. SCOTT
ADC #110561                                                                  PETITIONER

v.                         No. 5:17-cv-30-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Scott's petition will be dismissed with prejudice because it is untimely. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2017