# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JOSEPH M. SCOTT**
**ADC #110561**                                                    **PETITIONER**

**v.**                                  **No. 5:17-cv-30-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                       **RESPONDENT**

## JUDGMENT

Scott's petition is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

31 October 2017